## THE JUDGE OF PROBATE *versus* THOMAS S. TILLOTSON, et a.

In stating a breach of the condition of an administration bond, in not rendering an account of the administration, it is necessary to aver that goods came into the hands of the administrator for which he was bound to account.

DEBT upon a probate bond. The defendants craved oyer of the bond and the condition, and then pleaded performance of the condition. To this the plaintiff replied, and assigned as a breach of the condition of the bond, that the administrator by whom the bond was given " did not make, or cause to be made, a just and true account of his administration upon oath within one year, according to the tenor and effect of the said writing obligatory."

J. of Probate
v.
Tillotson, eta

To this replication there was a bad rejoinder, to which the plaintiff demurred, and the defendants joined in demurrer.

*Pearson* and *J. Smith*, for the plaintiff.

*Bell, Bartlett* and *Young*, for the defendants.

*By the court.* The matter of the replication in this case is very inartificially alleged so far as it goes, and there is a defect in substance. It is not alleged that any goods came to the hands of the administrator, and surely he was not bound to render an account, if he never received any thing. This is settled to be a fatal objection. 1 Pick. 20, *Walker* v. *Hall* ; 13 Johns. 437, *The people* v. *Dunlop* ; 8 B. & C. 556 ; 2 Chitty's Pl. 622.

And although the rejoinder is bad, yet it is a good answer to a bad replication.

*Leave to amend.*